MARION CLARKE AND J. O. CLARKE, PLAINTIFFS, IN ERROR, VS. THE SOUTHERN EXPRESS COMPANY, DEFENDANT IN ERROR.

Where there has been an entire failure of counsel for plaintiff in error to file any brief or argue the errors assigned in the appellate court, they will be considered as totally abandoned and the judgment affirmed.

Writ of Error to the Circuit Court for Marion county.

The facts of the case are stated in the opinion of the court.

No Appearance for Plaintiffs in Error.

*John E. Hartridge* for Defendant in Error.

MABRY, J.:

In April, 1885, plaintiffs in error sued defendant in error in the Marion county Circuit Court, and a trial of the cause, at the Spring term, 1889, resulted in a verdict and judgment for the defendant. A writ of error was taken from the judgment to this court, the transcript being filed June 14, 1889, and the assignment of errors filed January, 30, 1890. On June 10th, 1890, the cause was submitted to the court on brief of counsel for defendant in error without prejudice to the right of counsel for plaintiffs in error to be heard during a subsequent day of that term of the court.

There has been an entire failure of counsel for plaintiffs in error to file any brief or argue this cause before the court, and the errors assigned must be considered as totally abandoned. This court has repeatedly held

that errors assigned and not argued here will be treated as abandoned and not considered.

Therefore the judgment of this court is that the judgment appealed from be affirmed, and an order will be entered accordingly.